

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00065-CR

**DAVID GRUMBINE, JR.,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

<hr>

### From the 220th District Court
### Hamilton County, Texas
### Trial Court No. CR07774

<hr>

## MEMORANDUM  OPINION

<hr>

Appellant David Grumbine, Jr. made an open guilty plea to the offense of delivery of less than one gram of methamphetamine and waived his right to a jury trial. Upon the admission of Appellant's written stipulation and judicial confession, the trial court found Appellant guilty.  After a punishment hearing, the trial court sentenced Appellant to twenty-four months' confinement in state jail and assessed a $1,000 fine. Appellant filed a pro se notice of appeal.

Appellant's appointed appellate counsel has filed a motion to withdraw and an

*Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although informed of his right to do so, Appellant did not file a *pro se* response to the *Anders* brief.

In an *Anders* case, we must, "after a full examination of all the proceedings, [] decide whether the case is wholly frivolous." *Id.* at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988).

We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment. We grant appointed counsel's motion to withdraw from representation of Appellant. Notwithstanding this grant, appointed counsel **must** send Appellant a copy of our decision, notify him of his right to file a pro se petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP. P. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Affirmed
Opinion delivered and filed June 27, 2013
Do not publish
[CR25]